# UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA – FLORENCE DIVISION

James R. Watson, Jr.,
Plaintiff,

v. Civil Action No: _____

Meta Platforms Technologies, LLC;
CSC Global,
Defendants.

MAR 31 '26 AM 10:24
FILED – USDC FLO SC

## COMPLAINT (JURY TRIAL DEMANDED)

## I. PARTIES

1. Plaintiff James R. Watson, Jr. is a resident of Florence County, South Carolina.
2. Defendant Meta Platforms Technologies, LLC is a business entity operating the Instagram platform.
3. Defendant CSC Global is a registered agent service acting on behalf of Meta Platforms Technologies, LLC.

## II. JURISDICTION AND VENUE

4. This Court has jurisdiction under 28 U.S.C. § 1332 (diversity jurisdiction).
5. The amount in controversy exceeds $75,000, specifically $283,882.99.
6. Venue is proper in this district because Plaintiff resides in South Carolina and suffered damages within this district.

## III. FACTUAL ALLEGATIONS

7. Plaintiff owns and operates a business brand tied to the Instagram account @djjwattslive.
8. Between 2023 and 2025, Plaintiff made repeated formal efforts to recover access to his account and mitigate damages.
9. Plaintiff sent multiple certified letters to Defendants and their registered agents, including but not limited to:

- May 29, 2023
- August 14, 2023
- June 20–21, 2025
- July 1, 2025

10. These communications were delivered and confirmed received, yet:

-Defendants failed to respond meaningfully or provide assistance

---

11. Defendants had actual notice (2023–2025) of:
- Ongoing unauthorized account access
- Business disruption
- Financial harm

12. Despite notice, Defendants:
- Refused to investigate
- Failed to provide recovery mechanisms
- Ignored certified legal correspondence
- Failed to act through their registered agent

13. Each failure to act after receiving notice constitutes:

-A new and independent breach of duty
- Separate from the original 2018 incident

---

14. Plaintiff's Instagram account was central to:
- Marketing
- Client acquisition
- Brand identity

15. As a direct result of Defendants' inaction (2023–2025), Plaintiff suffered:
- Loss of business income
- Reputational harm
- Loss of clients
- Ongoing brand confusion
- Emotional distress

---

## IV. CAUSES OF ACTION

---

## COUNT I – NEGLIGENCE (BASED ON RECENT CONDUCT)

16. Defendants owed a duty to act reasonably upon receiving notice of account compromise.

17. From 2023–2025, Defendants breached that duty by:
- Ignoring certified communications
- Failing to investigate
- Failing to secure or restore the account

18. This breach directly caused Plaintiff's damages.

## COUNT II – NEGLIGENT FAILURE TO ACT AFTER NOTICE

19. Once notified, Defendants had a duty to act.
20. Their continued inaction constitutes separate actionable negligence.

## COUNT III – BREACH OF CONTRACT / IMPLIED DUTY

21. Plaintiff entered into a contractual relationship with Meta via use of Instagram.
22. Defendants breached obligations by:
- Failing to provide account access
- Failing to maintain account security
- Failing to provide support mechanisms

## COUNT IV – UNFAIR TRADE PRACTICES

23. Defendants engaged in unfair and deceptive practices by:
- Representing platform reliability
- Failing to provide meaningful support
- Ignoring known account compromise issues

## COUNT V – NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

24. Defendants' prolonged failure to act caused:
- Emotional distress
- Anxiety
- Reputational harm

## V. DAMAGES

25. Plaintiff seeks:
- $39,498 – Lost income
- $157,992 – Punitive damages
- $71,392.99 – Educational losses
- $5,000 – Business recovery costs
- $10,000 – Legal/admin expenses
- Total: $283,882.99

## VI. RELIEF REQUESTED

Plaintiff respectfully requests:

1. Compensatory damages
2. Punitive damages
3. Costs and fees
4. Any further relief deemed appropriate

## VII. JURY DEMAND

Plaintiff demands trial by jury.

3/31/26

James R. Watson, Jr.
102 Magnolia Dr.
Florence, SC 29506
843-687-1264
jwattslive@gmail.com